UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **RICHARD DEVIN** ) <br> **Plaintiff** ) <br> ) <br> v. ) <br> ) <br> **UNIVERSAL FIDELITY, LP** ) <br> **Defendant** ) <br> ) | CIVIL ACTION <br><br> COMPLAINT <br><br><br> JUNE 5 2009 |

## COMPLAINT

### I. INTRODUCTION

1. This is a suit brought by a consumer against a collection agency for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*

### II. PARTIES

2. The plaintiff, Richard Devin, is a natural person residing in Enfield, Connecticut and is a consumer as defined by the Fair Debt Collection Practices Act ("FDCPA") 15 U.S.C. §1692a(3).

3. The defendant, Universal Fidelity, LP ("UFLP"), is a Texas Limited Partnership headquartered in Houston, Texas and is licensed by the Connecticut Department of Banking as a Consumer Collection Agency and is a debt collector as defined by FDCPA § 1692a(6).

### III. JURISDICTION

4. Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d), 28 U.S.C. § 1331.

5. This Court has jurisdiction over UFLP because it engages in debt collection within Connecticut.

6. Venue in this Court is proper, as the Plaintiff is a resident and the acts complained of occurred in this state.

## IV. FACTUAL ALLEGATION

7. UFLP, in attempting to collect a debt from the Plaintiff, contacted Plaintiff's sister on multiple occasions and told her that it was calling in connection with an account.

## V. CLAIM FOR RELIEF

### CAUSE OF ACTION
### Violations of Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq.

8. Paragraphs 1-7 are herein incorporated.

9. UFLP violated FDCPA §1692b, 1692c, 1692d, and 1692f.

10. For UFLP's violations of the Fair Debt Collection Practices Act as described above, the Plaintiff is entitled to recover her actual damages (including emotional distress), statutory damages of $1,000.00, and reasonable attorney's fees, pursuant to 15 U.S.C. § 1692k.

WHEREFORE, the Plaintiff seeks recovery of monetary damages pursuant to 15 U.S.C. § 1692k; statutory damages pursuant to 15 U.S.C. § 1692k; attorney's fees and costs pursuant to 15 U.S.C. § 1692k; and such other relief as this Court deems appropriate.

**PLAINTIFF, RICHARD DEVIN**

By: _____
Daniel S. Blinn, Fed Bar No. ct02188
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd., Suite 512
Rocky Hill, CT 06067
Tel. (860) 571-0408  Fax. (860) 571-7457