UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **RICHARD DEVIN** </br>     **Plaintiff** </br> </br> v. </br> </br> **UNIVERSAL FIDELITY, LP** </br>     **Defendant** | ) CIVIL ACTION NO. </br> ) 3:09CV-904 (CSH) </br> ) </br> ) </br> ) </br> ) </br> ) APRIL 5, 2011 </br> ) |

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiff, Richard Devin, through his attorney, hereby gives notice that the claims of the above-entitled action shall be dismissed.

        PLAINTIFF, RICHARD DEVIN

        By: /s/Daniel S. Blinn
        Daniel S. Blinn, Fed Bar No. ct02188
        Consumer Law Group, LLC
        35 Cold Spring Rd. Suite 512
        Rocky Hill, CT  06067
        Tel. (860) 571-0408
        Fax. (860) 571-7457
        dblinn@consumerlawgroup.com

### CERTIFICATION

I hereby certify that on this 5th day of April, 2011, a copy of the foregoing Notice of Dismiss was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

        /s/Daniel S. Blinn
        Daniel S. Blinn